

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 29, 2025 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:25-cr-00080
     8 U.S.C. § 1326(a)

BRIGIDO CAYETANO-GALVEZ

## I N D I C T M E N T

The Grand Jury Charges:

1.   On or about September 1, 2015, defendant BRIGIDO CAYETANO-GALVEZ, an alien, was found at or near Nogales, Arizona, and was subsequently removed from the United States to Mexico on or about September 2, 2015.

2.   On or about April 5, 2017, defendant BRIGIDO CAYETANO-GALVEZ, an alien, was found at or near Huntington, West Virginia, and was subsequently removed from the United States to Mexico on or about April 27, 2017.

3.   On or about April 21, 2025, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant BRIGIDO CAYETANO-GALVEZ, an alien, was found in the United States and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                      LISA G. JOHNSTON
                      Acting United States Attorney

By: _____
     JONATHAN T. STORAGE
     Assistant United States Attorney